UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WERNEGREEN,<br><br>        Plaintiff,<br><br>    v.<br><br>GALACTIC CO., LLC,<br><br>        Defendant. | Case No. 1:24-cv-01405-CDB<br><br>ORDER ON STIPULATION CONTINUING INITIAL SCHEDULING CONFERENCE TO MAY 8, 2025, AT 10:00 A.M.<br><br>(Docs. 14, 15) |

      Plaintiff John Wernegreen ("Plaintiff") initiated this action with the filing of a complaint against Defendant Galactic Co., LLC ("Defendant"), on November 14, 2024. (Doc. 1). Pending before the Court is the parties' stipulated request to reschedule the initial scheduling conference. (Doc. 14).

      The parties represent that, on April 15, 2025, Plaintiff's counsel informed Defendant's counsel that he had been diagnosed with a serious medical condition requiring substantial time for treatment and care, with particular treatment to occur on May 1, 2025. (*Id.* at 2). The parties agreed to continue the scheduling conference from May 1, 2025, to May 8, 2025. On the same day as the filing of the stipulation in the instant action, a stipulation was filed to continue the scheduling conference to May 8, 2025, in the related matter of *Amber S. Harris v. Galactic Co., LLC*, Case No. 1:24-cv-01347-CDB. (*Harris,* Doc. 15). The docket evidences that the same

1  counsel represent Plaintiff and Defendant in each matter.

2  In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that the
3  scheduling conference set for May 1, 2025, is continued to **May 8, 2025, at 10:00 a.m.** As the
4  parties have already filed their joint scheduling report (Doc. 13) pursuant to the Court's order
5  (Doc. 4 at 2), the parties need not file another prior to the conference.

6  IT IS SO ORDERED.

7  Dated:   **April 17, 2025**

8  UNITED STATES MAGISTRATE JUDGE